GEORGE L. VENNER, Appellant, *v.* FARMERS' LOAN AND TRUST COMPANY, Respondent.

*Venner* v. *Farmers' Loan & Trust Co.*, 54 App. Div. 271, affirmed.
(Argued June 23, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 28, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*George II. Yeaman* for appellant.

*David McClure* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ.  Absent: MARTIN, J.